IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MERLINDA ELAINE OLGUIN,**

    Plaintiff,

vs.                                                      Civ. No. 24-cv-00459 KRS

**MARTIN O'MALLEY,**
**Commissioner of the**
**Social Security Administration,**

    Defendant.

## ORDER ON MOTION FOR STAY OF PROCEEDINGS

THIS MATTER coming before the Court upon Plaintiff's Motion for Stay of Proceedings, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted until November 7, 2024, to file the opening brief in the above-referenced matter. Defendant is granted through December 9, 2024, to serve his response, and the Plaintiff is granted through December 23, 2024, to file her reply if any.

_____
UNITED STATES MAGISTRATE JUDGE
KEVIN R. SWEAZA

Submitted and Approved By:

*/s/ Katherine Hartung O'Neal* submitted on August 1, 2024
Attorney for Plaintiff
O'Neal Appellate Law, LLC
500 4th Street Northwest
Suite 102 PMB 2909
Albuquerque, New Mexico 87102
Telephone: (505)295-4001
Fax: (505)448-4079
Email: kate@onealappeals.com

<u>Telephonic Approval to Amber L. Dengler, Succession Plan assisting attorney, on July 19, 2024</u>
Michelle Verdis
Attorney, Social Security Administration
Office of Program Litigation – 6
Seventh Circuit/Tenth Circuit
Telephone: (303)844-0017
michelle.verdis@ssa.gov