IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MERLINDA E. O.,**

                **Plaintiff,**

vs.                                                                               Civ. No. 24-cv-00459 KRS

**MARTIN O'MALLEY,**
Commissioner of the
Social Security Administration,

                **Defendant.**

### ORDER ON MOTION FOR STAY OF PROCEEDINGS

THIS MATTER coming before the Court upon Plaintiff's Motion for Stay of Proceedings, (Doc. 12), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff shall file her opening brief no later than **December 7, 2024**. Defendant's response is due no later than **January 6, 2025**. Plaintiff's reply, if any, is due **January 20, 2025**.

_____
UNITED STATES MAGISTRATE JUDGE
KEVIN R. SWEAZEA