IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MERLINDA ELAINE O.,**

    **Plaintiff,**

    **vs.**　　　　　　　　　　　　　　　　　　　　CIV NO. 1:24-cv-00459-KRS

**CAROLYN COLVIN,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER GRANTING FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER having come before the Court upon Defendant's First Unopposed Motion for an Extension of Time (Doc. 15), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause to grant the motion.

IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise respond to Plaintiff's Motion to Reverse and Remand Administrative Agency Decision (Doc. 14) is extended to and including **February 7, 2025**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files its brief.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE