IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MERLINDA ELAINE O.,**

    **Plaintiff,**

    vs.                                      CIV NO. 1:24-cv-00459-KRS

**MICHELLE KING,**[1]
**Acting Commissioner of Social Security,**

    **Defendant.**

### ORDER GRANTING FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER having come before the Court upon Defendant's Second Unopposed Motion for an Extension of Time (Doc. 17), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause to grant the motion.

IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise respond to Plaintiff's Motion to Reverse and Remand Administrative Agency Decision (Doc. 14) is extended to and including **March 10, 2025**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files her brief.

                                                            THE HONORABLE KEVIN R. SWEAZEA
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).