IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MERLINDA E. O.,
    Plaintiff,

vs.

LELAND DUDEK,[1]
Commissioner of Social Security,
    Defendant.

CIV. NO. 1:24-cv-00459-KRS

## JUDGMENT

Having granted Defendant's Unopposed Motion for Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 20) in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).